UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| ANA MARIA MARCELA TAVANTZIS, *as an individual, and as Legal Guardian of* JESUS PLASCENCIA, *an incapacitated minor*, <br><br>　　Plaintiff, <br><br>v. <br><br>AMERICAN AIRLINES, INC., <br><br>　　Defendant. | § § § § § § § § § § § § § § § § <br><br> Civil Action No. 4:24-mc-00004-O |

## ORDER OF DISMISSAL

Pending before the Court are Defendant's Motion to Quash (ECF No. 1), filed on February 9, 2024, and Defendant's Suggestion of Mootness (ECF No. 3), filed on February 19, 2024. Defendant requests dismissal of this case without prejudice because the relief originally sought in the Motion to Quash is now moot. ECF No. 3 at 2. Plaintiff agrees. ECF No. 4 at 3. Accordingly, the Court **DISMISSES without prejudice** this miscellaneous action as moot. The Clerk of Court is **DIRECTED** to **CLOSE** this action.

**SO ORDERED** this **23rd day** of **February, 2024**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE